JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREY MITCHELL, | ) Case No. CV 20-8636-CAS (JPR) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW ATCHELY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 9/25/20

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE